# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| BENJAMIN JAMAR WEEKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:09-cv-2016-KOB-TMP |
| UNITED STATES DISTRICT COURT, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on August 6, 2010, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The plaintiff filed objections to the Report and Recommendation on August 6, 2010, and merely restates his claims. (Doc. 10.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections thereto, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby ADOPTED and the Recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The court will enter a Final Judgment.

DONE and ORDERED this 2nd day of September 2010.

*Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED    STATES    DISTRICT    JUDGE